# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| STEPHON FORD JR.; and VIRGINIA FORD,<br><br>    Plaintiffs,<br><br>v.<br><br>CLAYTON COUNTY, GEORGIA; OFFICER STEPHEN D. BUICE; OFFICER BRANDYN MCKAY; JOHN DOE 1; and JOHN DOE 2,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:25-cv-04982 |

## DEFENDANT OFFICER STEPHEN D. BUICE'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

COMES NOW defendant Officer Stephen D. Buice ("this defendant") and files this motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b), requesting that the Court dismiss plaintiff's complaint against him. This defendant has contemporaneously filed a memorandum of law in support of this motion. For the reasons more fully set forth in the accompanying memorandum of law, this defendant's motion should be granted.

FREEMAN MATHIS & GARY, LLP

/s/ A. Ali Sabzevari
Jack R. Hancock
Georgia Bar No. 322450

- 1 -

- 2 -

jhancock@fmglaw.com
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)

Attorneys for Defendant Stephen D. Buice

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **DEFENDANT OFFICER STEPHEN D. BUICE'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants:

Frank T. Smith, Esq.
The Smith Legal Group, LLC
970 Milstead Ave. N.E.
Conyers, Ga. 30012-4526
frank@fsmithlaw.com
*Attorney for Plaintiff*

This 3rd day of October, 2025.

**FREEMAN MATHIS & GARY, LLP**

*/s/ A. Ali Sabzevari*
Jack R. Hancock
Georgia Bar No. 322450
jhancock@fmglaw.com
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)

Attorneys for Defendant Stephen D. Buice

- 3 -